# United States District Court
## District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:24−cv−12626−FDS

| | |
|---|---|
| Bisasor et al v. New Hampshire Judicial Branch et al | Date Filed: 10/15/2024 |
| Assigned to: Chief Judge F. Dennis Saylor, IV | Date Terminated: 11/04/2024 |
| Cause: 28:1983 Civil Rights | Jury Demand: Plaintiff |
| | Nature of Suit: 440 Civil Rights: Other |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Andre Bisasor**     represented by     **Andre Bisasor**
679 Washington Street
Suite # 8−206
Attleboro, MA 02703
781−492−5675
Email: quickquantum@aol.com
PRO SE

**Plaintiff**

**Natalie Anderson**     represented by     **Natalie Anderson**
679 Washington Street
Suite 8−206
Attleboro, MA 02703
617−710−7093
Email: liberty_6@msn.com
PRO SE

V.

**Defendant**

**New Hampshire Judicial Branch**

**Defendant**

**New Hampshire Administrative Office of the Courts**

**Defendant**

**New Hampshire Supreme Court**

**Defendant**

**Justice Mary Beth Countway**

**Defendant**

**Justice Patrick Donovan**

**Defendant**

**Justice James Bassett**

**Defendant**

**Karen Gorham**

**Defendant**

**Timothy Gudas**

**Defendant**

**John Formella**

**Defendant**

**New Hampshire Professional Conduct Committee**

**Defendant**

**New Hampshire Attorney Disciplie Office**

**Defendant**

**New Hampshire Attorney General Office**

**Defendant**

**New Hampshire Superior Court**

**Defendant**

**Tyler Technologies Inc.**

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 10/15/2024 | 1 | COMPLAINT against John Formella, Patrick Donovan, Tyler Technologies Inc., New Hampshire Attorney Disciplie Office, Mary Beth Countway, New Hampshire Judicial Branch, Karen Gorham, New Hampshire Professional Conduct Committee, New Hampshire Attorney General Office, New Hampshire Superior Court, James Bassett, New Hampshire Administrative Office of the Courts, Timothy Gudas, New Hampshire Supreme Court, filed by Natalie Anderson, Andre Bisasor. (Attachments: # 1 Civil Cover Sheet & Category Form). (de Oliveira, Flaviana) (Entered: 10/16/2024) |
| 10/15/2024 | 2 | MOTION for Leave to file electronically Pro Se by Natalie Anderson, Andre Bisasor.(de Oliveira, Flaviana) (Entered: 10/16/2024) |
| 10/15/2024 | 3 | Plaintiff's MOTION for Immediate Injunctive Relief and for Preliminary Injunction ( Responses due by 10/29/2024) by Natalie Anderson, Andre Bisasor. (de Oliveira, Flaviana) (Entered: 10/16/2024) |
| 10/16/2024 | 4 | ELECTRONIC NOTICE of Case Assignment. Chief Judge F. Dennis Saylor, IV assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Donald L. Cabell. (Martin, Jacqueline) (Entered: 10/16/2024) |

| | | |
|---|---|---|
| 11/04/2024 | 5 | Chief Judge F. Dennis Saylor, IV: ORDER entered. Pursuant to 28 U.S.C. § 1404, this action is hereby TRANSFERRED to the United States District Court for the District of New Hampshire.(PSSA, 3) (Entered: 11/04/2024) |
| 11/04/2024 | 6 | Case transferred to to District of District of New Hampshire;. Original file certified copy of transfer order and docket sheet sent to Clerk in that district. (de Oliveira, Flaviana) (Entered: 11/04/2024) |