UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Andre C. Bisasor</u>

    v.                                                        Civil No. 24-cv-360

<u>New Hampshire Judicial Branch, et al.</u>

## **ORDER OF RECUSAL**

I hereby recuse myself from presiding over this case and request it be reassigned to another judge.

**SO ORDERED.**

                                                  _____
                                                  Joseph N. Laplante
                                                  United States District Judge

Dated:  November 19, 2024

cc:    Andre C. Bisasor, pro se
        Natalie Anderson, pro se