# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

<u>Andre C. Bisasor, et al.</u>

    v.   Civil No. 24-cv-360

<u>New Hampshire Judicial Branch, et al.</u>

### ORDER OF RECUSAL

I hereby recuse myself from presiding over this case.

SO ORDERED.

_____
Landya McCafferty
United States District Judge

November 20, 2024

cc:  Andre C. Bisasor, pro se
      Natalie Anderson, pro se