## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

**<u>Andre C. Bisasor and</u>**
**<u>Natalie Anderson</u>**

    v.                                                                                                 **Case No. 24-cv-360**

**<u>New Hampshire Judicial</u>**
**<u>Branch, et al.</u>**

### ORDER OF RECUSAL

I hereby recuse myself from presiding over this case.

    **SO ORDERED**.

                                                                <u>/s/ Paul J. Barbadoro</u>
                                                                 Paul J. Barbadoro
                                                                 United States District Judge

November 20, 2024

cc:    Andre C. Bisasor, pro se
        Natalie Anderson, pro se