UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Andre C. Bisasor, et al.

    v.      Civil No. 24-cv-360

New Hampshire Judicial Branch, et al.

ORDER OF RECUSAL

I hereby recuse myself from presiding over this case.

SO ORDERED.

_____
Samantha Elliott
United States District Judge

November 20, 2024

cc: Andre C. Bisasor, pro se
    Natalie Anderson, pro se