```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
```

Andre C. Bisasor and
Natalie Anderson

   v.                                                      Case No. 24-cv-360

New Hampshire Judicial
Branch, et al.

## ORDER OF RECUSAL

I hereby recuse myself from presiding over this case.

**SO ORDERED.**

                                                              _____
                                                               Steven J. McAuliffe
                                                               United States District Judge

November 20, 2024

cc:  Andre C. Bisasor, pro se
     Natalie Anderson, pro se