```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Andre C. Bisasor, et al

    v.                                    Case No.1:24-cv-00360

New Hampshire Judicial Branch, et al


<u>ORDER</u>

All active district judges in this district are recused from presiding over this case. Accordingly, the case shall be referred to the District of Maine, sitting by designation, the assigned judge is authorized to hold court within this district and perform any judicial function required of a judge of this district as set forth in 28 U.S.C. § 296. Jurisdiction over the case remains with the New Hampshire District Court.

The recusal of all active district judges in this court gives rise to an emergency with respect to the referred case as that term is used in 28 U.S.C. § 636 (f). I therefore concur in the assignment of a magistrate judge from the designated district to perform the duties specified in 28 U.S.C. § 636(a)-(c).

    SO ORDERED.

                                                        <u>/s/ Landya B. McCafferty</u>
                                                         Landya B. McCafferty
                                                         Chief Judge


Date: November 25, 2024

 cc:
      Clerk, U.S. District Court - District of Maine
      Andre C. Bisasor, pro se
      Natalie Anderson, pro se

UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Andre C. Bisasor, et al

    v.

                               Case No.1:24-cv-00360

New Hampshire Judicial Branch, et al


**<u>CONCURRING ORDER</u>**

    I concur that _____, a district judge in active service, shall be designated and assigned to preside over this case.

    I further concur that an emergency exists as specified in the order issued by the New Hampshire District Court and that for the duration of this case  Magistrate Judge _____ is assigned to perform such duties under 28 U.S.C. § 636 (a)-(c) as may be assigned to the district judge to whom this case is assigned.


Date: _____                   _____
                                                                          Chief United States District Judge
                                                                          District of Maine


 cc:
      Clerk, U.S. District Court - District of New Hampshire
      Andre C. Bisasor, pro se
      Natalie Anderson, pro se