```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE
```

Andre C. Bisasor, et al

    v.

                                                Case No.1:24-cv-00360

New Hampshire Judicial Branch, et al

## **CONCURRING ORDER**

    I concur that Nancy Torresen, a district judge in active service, shall be designated and assigned to preside over this case.

    I further concur that an emergency exists as specified in the order issued by the New Hampshire District Court and that for the duration of this case Magistrate Judge John C. Nivison is assigned to perform such duties under 28 U.S.C. § 636 (a)-(c) as may be assigned to the district judge to whom this case is assigned.

Date: November 27, 2024        /s/Lance E. Walker
                                          Chief United States District Judge
                                          District of Maine

cc:
    Clerk, U.S. District Court - District of New Hampshire
    Andre C. Bisasor, pro se
    Natalie Anderson, pro se