```
            UNITED STATES DISTRICT COURT
              DISTRICT OF NEW HAMPSHIRE
```

Andre C. Bisasor et al

    v.                Case No.1:24-cv-360-NT-JCN

New Hampshire Judicial Branch   et al

### NOTICE

Pursuant to the provisions of LR 77.5, this case has been referred to the District of Maine for consideration by a Maine judicial officer, sitting by designation, due to the recusal of the New Hampshire judges. Jurisdiction of the case remains with the New Hampshire District Court.

All original pleadings, motions, memos, and filings will continue to be filed with the Clerk in New Hampshire in accordance with this district's case filing rules.  Pro se litigants, however, are not required to file electronically and may continue to file documents in paper format.  Absent a court order to the contrary, no courtesy filings need to be filed in the District of Maine.

                                            By the Court,

                                            /s/ Erica DiFabio
                                            Erica DiFabio
                                            Deputy Clerk

Date: December 2, 2024

    Clerk, U.S. District Court, Maine
    Andre C. Bisasor, pro se
    Natalie Anderson, pro se