FILED - USDC -NH
2025 JAN 8 PM2:49

UNITED STATES DISTRICT COURT-DISTRICT OF NEW HAMPSHIRE
[via transfer designation to UNITED STATES DISTRICT COURT- DISTRICT OF MAINE]
CIVIL ACTION NO: 1:24-cv-00360

ANDRE BISASOR, et. al. Plaintiffs,

V.

NEW HAMPSHIRE JUDICIAL BRANCH, et. al. Defendants.

## MOTION FOR EXTENSION OF TIME TO SERVE PROCESS ON DEFENDANTS AND CLARIFICATION ON OBTAINING SUMMONS AND ON AMENDING THE COMPLAINT

1. The plaintiffs request an extension of time to serve process on the defendants up to 90 days. Grounds are as follows.
2. The case has been transferred from Massachusetts to New Hampshire to Maine.
3. The plaintiffs recently received notice by mail of the transfers ultimately landing in Maine.
4. NB: The plaintiffs are not incorporated into the e-notice for this case and have today filed a motion to participate in efiling for this case.
5. The plaintiffs have provided a copy of the complaint to the defendants and the defendants are aware of this case.
6. The plaintiffs intend to seek agreement to accept waiver of service by the defendants.
7. However, should an agreement not be obtained, the plaintiffs understand that they will be required to serve process using the federal marshal or something to that effect.
8. The plaintiffs do not reside in NH. It will require additional accommodation to figure how to effect service from out of state with the federal marshal in NH.
9. The plaintiffs is under the impression that there are 90 days allowed to serve the complaint.
10. Plaintiffs assumes that 90 days will expire on or about 1-15-25 since the complaint was first filed on or about 10-15-24.
11. The plaintiffs intend to an amended complaint. The plaintiffs intend to seek legal assistance regarding the amendment of the complaint. The claims in this case are complex and novel and are substantial. Also, there are corrections and updates that need to be made to the complaint. Also, there are additional events after the filing of the complaint that need to be added to the complaint.
12. An extension will allow adequate time to address these amendments and to obtain proper legal assistance or representation regarding the substantial and complex matters involved in this case.
13. Similarly, the plaintiffs request clarification on how to obtain the summons. The plaintiffs request clarification on whether there is a time limit to amend the complaint or whether the complaint can be amended within a certain time after service.
14. The plaintiffs ask that this request be granted, or any relief deemed just and proper.

Respectfully submitted,

/s/ Andre Bisasor
Andre Bisasor
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 781-492-5675
Email: quickquantum@aol.com

/s/ Natalie Anderson
Natalie Anderson
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 617-710-7093
Email: liberty_6@msn.com

Dated: 1-8-25

FILED - USDC -NH
2025 JAN 8 PM2:49

UNITED STATES DISTRICT COURT-DISTRICT OF NEW HAMPSHIRE
[via transfer designation to UNITED STATES DISTRICT COURT- DISTRICT OF MAINE]
CIVIL ACTION NO: 1:24-cv-00360

ANDRE BISASOR, et. al.
Plaintiffs,

V.

NEW HAMPSHIRE JUDICIAL BRANCH, et. al.
Defendants.

### PRO SE MOTION TO PARTICIPATE IN ELECTRONIC FILING

NOW COMES the Plaintiffs, Natalie Anderson and Andre Bisasor, appearing pro se (hereafter "Pro Se Litigants"), and respectfully request that the court permit said Pro Se Litigants to participate in electronic filing. In support of this motion, Pro Se Litigants state the following:

1. Pro Se Litigants are presently named parties in the above case.
2. Pro Se Litigants are not presently incarcerated.
3. Pro Se Litigants represent that they have the appropriate computer system requirements to participate in electronic filing.
4. Pro Se Litigants require electronic access in order to participate fully in the case and in a timely manner.
5. Pro Se Litigants do not reside in the state of NH and are located in another state, at a far physical distance from the court.
6. Please grant the relief requested.

Respectfully submitted,
/s/ Andre Bisasor
Andre Bisasor
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 781-492-5675
Email: quickquantum@aol.com

/s/ Natalie Anderson
Natalie Anderson
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 617-710-7093
Email: liberty_6@msn.com

January 8, 2025

1