UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ANDRE C. BISASOR, et al., | ) |
| | ) |
|    Plaintiffs | ) |
| | ) |
| v. | )    1:24-cv-00360-NT-JCN |
| | ) |
| NEW HAMPSHIRE JUDICIAL BRANCH, et al., | ) |
| | ) |
|    Defendants | ) |

**ORDER ON MOTION TO EXTEND TIME
TO SERVE PROCESS ON DEFENDANTS**

Plaintiffs move to extend the time for service of process upon Defendants. (Motion, ECF No. 16.)  In support of the motion, Plaintiffs in part assert that they intend to file an amended complaint. The Court grants the motion.

If Plaintiffs intend to file an amended complaint, Plaintiffs shall file the amended complaint on or before February 5, 2025.  After February 5, the Court will review the amended complaint, if filed, or the original complaint, to determine whether Plaintiffs have filed an actionable claim within the Court's jurisdiction.  If the Court determines that Plaintiffs have asserted such a claim, the Court will authorize service.  Plaintiffs shall complete and file proof of service, if authorized, by April 11, 2025.

**NOTICE**

Any objections to this Order shall be filed in accordance with Federal Rule of Civil Procedure 72.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 15th day of January, 2025.