UNITED STATES DISTRICT COURT-DISTRICT OF NEW HAMPSHIRE
[via transfer designation to UNITED STATES DISTRICT COURT- DISTRICT OF MAINE]
CIVIL ACTION NO: 1:24-cv-00360
ANDRE BISASOR, et. al. v. NEW HAMPSHIRE JUDICIAL BRANCH, et. al

# **PLAINTIFFS' NOTICE OF INTENT TO RESPOND TO THE COURT'S 2-5-25 ORDER ON THE PLAINTIFFS' AMENDED MOTION EXTEND THE TIME TO AMEND THE COMPLAINT**

1. Plaintiffs provide notice to this Court that they believe the Court has misunderstood, misapprehended or misconstrued the intent of the plaintiffs in seeking additional time to amend the complaint, that they do not agree with the Court's ruling, that the Court's ruling has a prejudicial effect on plaintiffs' rights, that their desire to amend the complaint includes the intent to plead jurisdictional issues in order to cure potential defects in the complaint and to prevent possible dismissal on jurisdictional grounds, and that it would be immensely harmful to deny them the opportunity to amend the complaint prior to the Court's undertaking of jurisdictional review, among other things, and that they intend to file either a renewed motion to extend time to amend the complaint and/or a motion to reconsider the 2-5-25 order on the amended motion to extend the time to amend the complaint. Plaintiffs intend to do so by today.

2. Plaintiffs provide this notice in order to preserve their rights to renew their request for extension of time to amend the complaint or to seek reconsideration thereof, and thereafter to object to the Court's 2-5-25 order declaring moot the amended motion to extend time to amend the complaint.

Respectfully submitted,
/s/ Andre Bisasor
Andre Bisasor, Pro Se
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 781-492-5675
Email: quickquantum@aol.com

/s/ Natalie Anderson
Natalie Anderson, Pro Se
679 Washington Street, Suite # 8-206
Attleboro, MA 02703
T: 617-710-7093
Email: liberty_6@msn.com

Dated: February 5, 2025