UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| ANDRE C. BISASOR, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | 1:24-cv-00360-NT-JCN |
| ) | |
| NEW HAMPSHIRE JUDICIAL ) | |
| BRANCH, et al., ) | |
| ) | |
| Defendants ) | |

**ORDER ON MOTION TO EXTEND TIME**

Plaintiffs seek to extend the deadlines to file an objection to a recommended decision (ECF No. 38) and to file an objection to or a motion to reconsider the Court's order on Plaintiffs' motion to clarify (ECF No. 42). (Motion to Extend Time, ECF No. 43.) In support of the requests, Plaintiffs rely in part on information included in a request for a time accommodation due to a medical condition.[1] (Motion, ECF No. 44.)

Regardless of the merit of Plaintiffs' request for a time accommodation, the Court will grant Plaintiffs' request for an extension of time. The Court extends the deadlines for Plaintiffs to file objections to the recommended decision and to file an objection to or a motion to reconsider the Court's order on Plaintiffs' motion to clarify to August 29, 2025. Because the Court has extended the deadlines regardless of the merits of Plaintiff's request for a time accommodation, Plaintiffs' request is dismissed as moot. Because of the information in the request for an accommodation, which information includes personally

---

[1] Plaintiffs also move to seal the request for an accommodation. (Motion to Seal, ECF No. 45.)

identifiable information, the Court grants Plaintiffs' motion to seal. The motion to seal and the motion for a time accommodation shall be sealed until further order of the Court.

## **NOTICE**

Any objections to this Order shall be filed in accordance with Federal Rule of Civil Procedure 72.

/s/ John C. Nivison
U.S. Magistrate Judge

Dated this 11th day of July, 2025.