UNITED STATES DISTRICT COURT-DISTRICT OF NEW HAMPSHIRE
[via transfer designation to UNITED STATES DISTRICT COURT- DISTRICT OF MAINE]
CIVIL ACTION NO: 1:24-cv-00360
ANDRE BISASOR, et. al. v. NEW HAMPSHIRE JUDICIAL BRANCH, et. al

## PLAINTIFFS' [EMERGENCY] MOTION TO SEPARATELY EXTEND THE TIME TO FILE A MOTION FOR RECONSIDERATION OF THE MAGISTRATE JUDGE'S 4-8-25 REPORT AND RECOMMENDATION OR TO FILE AN OBJECTION TO THE MAGISTRATE JUDGE'S 4-8-25 REPORT AND RECOMMENDATION

1. Plaintiffs respectfully move the Court for an extension of time to file a motion for reconsideration of or objection to the Magistrate Judge's Report and Recommendation ("R&R") dated April 8, 2025; and which deadline was extended to 8-29-25 pursuant to a motion to extend time, filed on July 8, 2025.

2. NB: This is filed as an emergency because the deadline expires on 8-29-25, which is today, and the plaintiffs had expected a ruling by today on a pending motion to clarify filed on 8-26-25, but evidently none is forthcoming today.

3. Plaintiffs file this request in light of ongoing procedural uncertainty and the Court's lack of response, at this juncture, to Plaintiff's motion to clarify, which was submitted on 8-26-25.

4. Therefore, Plaintiffs now separately and formally submit this motion, in an abundance of caution, as a follow-up to the request made in the 8-26-25 motion to clarify, in order to preserve their rights and to avoid any risk of procedural default, given that the deadline for filing objections to the R&R is today.

5. Plaintiffs believe that the filing of this motion for an extension of time is warranted and appropriate under these circumstances.

6. Plaintiffs reasonably presume that the Court will soon provide a ruling on the motion to clarify. Nevertheless, because the Court has not yet issued an order, Plaintiffs formally request an extension to ensure that their rights are fully protected.

7. As further outlined below, Plaintiffs respectfully request that the Court, separately, extend the deadline for filing of a motion to reconsider the R&R and/or the filing of an objection to the R&R, as well as any related amendment to the complaint, until a reasonable period after the Court issues a ruling on the pending 8-26-25 motion to clarify, and/or after the court rules on the motion for reconsideration the motion to clarify the 6-24-25 order, that is being filed today.

1

8. [Note: As a concomitant that should go without saying, Plaintiffs further request that the Court not take any adverse action based on the expiration of the current deadline while the 8-26-25 motion to clarify remains pending and in light of the pending request to extend the deadline prior to expiration of the deadline.]

9. Granting this extension will serve the interests of justice, and avoid prejudice to Plaintiffs.

10. The issues raised in the 8-26-25 motion to clarify are directly relevant to the timing, and nature of any objection or motion for reconsideration to the R&R, or amended complaint that might be filed.

11. Plaintiffs have today filed a motion to reconsider the denial of the 6-24-25 motion to clarify. However, if that is denied, the plaintiffs would like to file an objection to the denial of the 6-24-25 motion to clarify. Then if those are denied, plaintiffs would then like to file a motion to reconsider the R&R. And if that is denied, then plaintiffs would like to file an objection to the R&R. Plaintiffs would also like to file an amended complaint but are not sure if they are required to file such at the same time as the reconsideration of the R&R or the objection to the R&R. Note: This was also stated in the prior motion to clarify but this still has not been made clear. Also, in the 6-24-25 denial of the motion to clarify, the Court did not address the distinction between filing a motion for reconsideration to the R&R, filing an objection to the R&R and filing an amended complaint.[1]

12. Because today is the deadline for filing the motion to reconsider the 6-24-25 motion to clarify, the plaintiffs have filed today a motion to reconsider the 6-24-25 order on the motion for clarification of the R&R. The plaintiffs have thus met that deadline. The problem is that today is also the deadline for filing the motion reconsider the R&R and the objection to the R&R. But these things have implications for the sequence and timing of each, that has created confusion. Plaintiffs reasonably believe that upon filing the motion to reconsider the 6-24-25 order on the motion for clarification of the R&R today, that this will toll, alter or stay the deadlines for filing the motion reconsider the R&R and the objection to the R&R. This seems to

---

[1] This is an enormously complex task and requires a lot of careful research, analysis and writing, to be done for a reconsideration and an objection to the R&R. This is further compounded by the fact that the court has provided no guidance or specifics in its R&R, but only more so general points declaring the claims to be outside the jurisdiction of the federal court.

be a logical inference from the facts and the court rules, in light of the court's orders, even without further clarification at this juncture. But the plaintiffs have enough experience with courts in general to know not to take anything for granted or make assumptions without getting clear indications from the court, otherwise plaintiffs could be exposed to adverse consequences that are unfair or even draconian. Plaintiffs are not saying that this court will be draconian or unfair. Plaintiffs are simply saying that they believe it is proper to take protective measures to try to avoid or limit any potential misunderstanding. Thus, this filing is made in the abundance of caution, though it may be unnecessary. Plaintiffs trust the court understands what plaintiffs are trying to say here.

13. The bottom line is that the plaintiffs have now filed a motion to reconsider the 6-24-25 order on the motion for clarification of the R&R, and this should toll, alter or stay the deadlines for filing the motion reconsider the R&R and the objection to the R&R, given that today is the deadline for filing that motion to reconsider the 6-24-25 motion to clarify, as well as the deadline for filing the motion reconsider the R&R and the objection to the R&R. Given the filing of one, then the others are tolled. If the motion to reconsider the 6-24-25 order on the motion for clarification of the R&R was not filed today, then evidently the deadline for filing the motion reconsider the R&R and the objection to the R&R would be in effect. But since the motion to reconsider the 6-24-25 order on the motion for clarification of the R&R has been filed today, then the deadline for filing the motion reconsider the R&R and the objection to the R&R are no longer in simultaneous effect. Even though this is a logical inference and understanding, the Plaintiffs separately request that the Court grant an extension of time to file a motion to reconsider the R&R and/or to file an objection to the R&R, as well as any related amendment of the complaint, until after the Court has ruled on the pending 8-26-25 motion to clarify, and/or after the court rules on the motion for reconsideration the motion to clarify the 6-24-25 order, that is being filed today. By doing so, the plaintiffs procedurally seeks to formally decouple today's deadline to file a motion to reconsider the R&R and/or to file an objection to the R&R, from today's deadline to the motion for reconsideration the motion to clarify the 6-24-25 order.

14. Plaintiffs have acted diligently and in good faith at every stage of these proceedings thus far, and seeks only to preserve their rights and to comply with the Court's orders and procedural rules.

15. Furthermore, as pro se litigants, it's our understanding that we are entitled to some degree of leniency in procedural matters. The Supreme Court has held that pro se pleadings should be held to "less stringent standards than formal pleadings drafted by lawyers" (Haines v. Kerner, 404 U.S. 519, 520 (1972)). Granting this extension would be consistent with that principle and would ensure that we have a fair opportunity to present our case.

16. Thus, in sum, for the foregoing reasons, as a concomitant to the above, and to ensure there is no misunderstanding, as well as to preserve their rights so as not to be prejudiced, the Plaintiffs separately request that the Court grant an extension of time to file a motion to reconsider the R&R and/or to file an objection to the R&R, as well as any related amendment of the complaint, until after the Court has ruled on the pending 8-26-25 motion to clarify, and/or after the court rules on the motion for reconsideration the motion to clarify the 6-24-25 order, that is being filed today, and for such other and further relief as the Court deems just and proper.

17. Please grant a pro se liberal construction to this pleading.

Respectfully submitted,<br>
/s/ Andre Bisasor<br>
Andre Bisasor, Pro Se<br><br>
/s/ Natalie Anderson<br>
Natalie Anderson, Pro Se

Dated: August 29, 2025