UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| ANDRE BISASOR and <br> NATALIE ANDERSON, <br><br> Plaintiffs, <br><br> v. <br><br> NEW HAMPSHIRE JUDICIAL <br> BRANCH, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Docket No. 1:24-cv-00360-NT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER AFFIRMING THE COURT'S ORDER
ON PLAINTIFFS' MOTION FOR CLARIFICATION AND
THE COURT'S ORDER ON PLAINTIFFS' PENDING MOTIONS**

The Plaintiffs have filed an objection to the Magistrate Judge's June 24, 2025 Order on Motion for Clarification (ECF No. 42) and his September 10, 2025 Order on Plaintiffs' Pending Motions (ECF No. 50).[1] Pls.' Obj. to the Magistrate Judge's Rulings on Pls.' Mot. to Clarify the Magistrate Judge's 4-8-25 R. & R. and Pls.' Obj. to to (*sic*) the Magistrate Judge's Rulings On Pls.' Mot. to Clarify the Magistrate Judge's 4-8-25 R. & R. and Obj. (ECF No. 51).

I have reviewed and considered the relevant orders issued by the Magistrate Judge and the Plaintiffs' objections thereto. The Magistrate Judge's orders are

---

[1] The September 10, 2025 Order on Pending Motions denied "Plaintiffs' Emergency Motion for Procedural Clarification Regarding Deadlines and/or Procedural Requirements Pursuant to the Court's 6-24-25 Order" (ECF No. 47) and "Plaintiffs' Motion for Reconsideration of the Court's June 24, 2025 Order on Motion for Clarification" (ECF No. 48) and granted "Plaintiffs' [Emergency] Motion to Separately Extend the Time to File a Motion for Reconsideration of the Magistrate Judge's 4-8-2025 Report and Recommendation or to File an Objection to the Magistrate Judge's 4-8-25 Report and Recommendation" (ECF No. 49).

neither clearly erroneous nor contrary to law, *see* Fed. R. Civ. P. 72(a), and therefore the Plaintiffs' objections (ECF No. 51) are hereby **OVERRULED**. Accordingly, the Magistrate Judge's Order on Motion for Clarification (ECF No. 42) and Order on Plaintiffs' Pending Motions (ECF No. 50) are hereby **AFFIRMED**.

To the extent the Plaintiffs "seek clarification" from me "on the impact on the related timelines for filing a motion to reconsider the magistrate's ruling on the R&R and also for filing an objection to the magistrate's ruling on the R&R," there is only one deadline remaining for the Plaintiffs. The deadline for the Plaintiffs to file an objection to the Magistrate Judge's Recommended Decision (ECF No. 38) is October 1, 2025. No further extensions will be granted.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 25th day of September, 2025.